United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHREH AFSHAR KHAMSEH,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br><br>Defendant. | Case No. 13-cv-03648-JST<br><br>**ORDER TO SHOW CAUSE** |

On August 6, 2013, the Court issued its Procedural Order for Social Security Review Actions requiring in part that Plaintiff "serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer." ECF No. 2. Defendant filed a certificate of service dated December 16, 2013, certifying service of Defendant's Answer via first class mail. At the latest, Plaintiff's motion for summary judgment was due January 16, 2014. No motion has been filed.

Plaintiff is therefore ORDERED to SHOW CAUSE in writing, not later than fourteen days from the date of this Order why the complaint should not now be dismissed WITH PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a Court Order. Failure to respond to this Order may constitute further grounds for dismissal.

**IT IS SO ORDERED.**

Dated: February 10, 2014

JON S. TIGAR
United States District Judge