UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHREH AFSHAR KHAMSEH, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, <br><br> Defendant. | Case No. 13-cv-03648-JST <br><br> **ORDER OF DISMISSAL** |

On March 9, 2014, this Court afforded Plaintiff one more opportunity to file either a motion for summary judgment or remand, and set a deadline for such a motion of March 24, 2014. ECF No. 16. Plaintiff has not responded to the Court's March 9 Order. The Court warned that failure to do so would result in automatic dismissal of this action. Accordingly, and for the reasons stated in the Court's prior Order, the Court hereby DISMISSES this action. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: March 28, 2014

_____
JON S. TIGAR
United States District Judge